

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-18-00448-CV

**IN THE INTEREST OF A.L.J.R.** et. al, Children,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01227
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is GRANTED.  The State's brief is due on December 18, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court